**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MISSOURI**
**ST. LOUIS DIVISION**

| | | |
|---|---|---|
| PENSION BENEFIT GUARANTY | ) | |
| CORPORATION, | ) | |
| A United States Government Agency | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | Civil Action |
| v. | ) | No.__22-1074_____ |
| | ) | |
| CHAMBERDOOR INDUSTRIES, INC. | ) | |
| As Plan Administrator of the ChamberDoor | ) | |
| Industries, Inc. Salaried Retirement Plan | ) | |
| | ) | |
| *Defendant.* | ) | |

## <u>COMPLAINT OF THE PENSION BENEFIT GUARANTY CORPORATION</u>

Plaintiff Pension Benefit Guaranty Corporation ("<u>PBGC</u>") files this Complaint against the Defendant, ChamberDoor Industries, Inc. ("<u>ChamberDoor</u>" or the "<u>Company</u>"), as the administrator of the ChamberDoor Industries, Inc. Salaried Retirement Plan ("<u>Pension Plan</u> or <u>Plan</u>"), and states:

1.      This action arises under Title IV of the Employee Retirement Income Security Act of 1974, *as amended*, 29 U.S.C. §§ 1301-1461 ("<u>ERISA</u>").

2.      PBGC brings this action pursuant to 29 U.S.C. §§ 1342(c), 1348, requesting an order (i) terminating the Pension Plan; (ii) appointing PBGC as the statutory trustee of the Pension Plan; (iii) establishing July 31, 2022, as the termination date of the Pension Plan; and (iv) directing ChamberDoor, and any other person or entity having possession, custody, or control of any of the Plan's records, assets, or other property to transfer, convey, and deliver all

1

such items to PBGC, as statutory trustee upon request pursuant to 29 U.S.C. § 1342(d)(1).  Upon termination and trusteeship of the underfunded Plan, PBGC will use its insurance funds to pay pension benefits to the participants in the Pension Plan, subject to ERISA's statutory limits.

## JURISDICTION AND VENUE

3.     The Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. § 1331 and 29 U.S.C. §§ 1303(e)(3), 1342(f).

4.     Venue is proper in this district pursuant to 29 U.S.C. §§ 1303(e)(2), 1342(g).  The Plan's assets are situated with and distributed by Commerce Trust Company ("CTC"), the Plan's asset custodian located in St. Louis, Missouri.

## PARTIES

5.     PBGC is the federal agency and wholly owned United States government corporation established pursuant to 29 U.S.C. § 1302(a) to administer the pension plan termination insurance program created by Title IV of ERISA.  When an underfunded pension plan covered under Title IV terminates, PBGC pays statutorily guaranteed pension benefits to retired employees who participate in the pension plan.  *See* 29 U.S.C. §§ 1321, 1322.  PBGC has its principal place of business at 445 12th Street, S.W., Washington, D.C. 20024-2101.

6.     ChamberDoor was a corporation organized under the laws of Delaware.  The Missouri Secretary of State lists ChamberDoor's principal office address as Highway 270 East, P.O. Box H, Hot Springs, Arkansas 71902.  Other states where ChamberDoor was registered list its principal office address as 153 Extrusion Place, Hot Springs, Arkansas 71901.

7.     ChamberDoor is the Pension Plan's sponsor and administrator ("Plan Administrator") within the meaning of 29 U.S.C. §§ 1002(16), 1301(a)(1).

2

## STATUTORY BACKGROUND

8.      PBGC may institute proceedings to terminate a defined benefit pension plan whenever it determines that the plan has not met the minimum funding standards required by the Internal Revenue Code or that the plan will be unable to pay benefits when due.  29 U.S.C. § 1342(a)(1), (2).

9.      PBGC may institute proceedings to terminate a defined benefit pension plan whenever it determines that termination is necessary to protect the interests of the participants. 29 U.S.C. § 1342(c).

10.     After determining that a pension plan should be terminated and notifying its plan administrator of such determination, PBGC may "apply to the appropriate United States district court for a decree adjudicating that the plan must be terminated in order to protect the interests of the participants or to avoid any unreasonable deterioration of the financial condition of the plan or any unreasonable increase in the liability of the [PBGC insurance] fund."  29 U.S.C. § 1342(c).  Alternatively, PBGC and the plan administrator may enter into an agreement to terminate the plan.  *Id.*

11.     When an underfunded defined benefit pension plan terminates, PBGC typically becomes statutory trustee of the plan and, subject to certain statutory limitations, uses PBGC's insurance funds to pay the plan's unfunded benefits.  *See* 29 U.S.C. § 1322.

12.     The termination date of a pension plan is either agreed upon by PBGC and the plan administrator or, in the absence of an agreement, established by the district court.  29 U.S.C. § 1348(a)(4).

3

13.     Upon issuing a termination decree under 29 U.S.C. § 1342(c), the district court

must appoint and authorize a trustee to terminate the pension plan in accordance with Title IV of

ERISA.  29 U.S.C. § 1342(b), (c).  PBGC may request its appointment as trustee in any case. 29

U.S.C. § 1342(b)(1).

## FACTUAL BACKGROUND

14.     ChamberDoor established the Plan effective March 25, 1991.  ChamberDoor also

established the Pension Plan for Hourly Employees of ChamberDoor Industries, Inc. As

Represented by the International Union, United Steel Workers of America, AFL-CO, Local No.

6794 ("Hourly Plan").  Benefit accruals under and entrance to both the Plan and the Hourly Plan

were frozen effective October 31, 1999.  The Hourly Plan was merged into the Plan effective

October 31, 2000.

15.     The Pension Plan is a defined benefit pension plan covered by Title IV of ERISA.

See 29 U.S.C. §§ 1002(35), 1321(a).  The Plan provides pension benefits to 139 participants

(collectively, the "Participants").

16.     ChamberDoor was a corporation organized under the laws of Delaware.  On

March 1, 2019, ChamberDoor's status with the Delaware Secretary of State was voided due to

failure to file annual reports and tax delinquency.  On November 30, 2020, the Company's

registered agent in Delaware resigned without appointment of a successor agent.  PBGC could

not locate the Company at the address and phone number listed on the 2016 Annual Franchise

Tax Report, which is the last report ChamberDoor filed with the Delaware Secretary of State.[1]

---

[1] Upon information and belief, the address and phone number listed on the 2016 Annual
Franchise Tax Report was the Ontario headquarters of a Canadian company that may have once

17.     Upon information and belief, ChamberDoor's principal place of business was in Arkansas, with possible operations in Delaware, Texas, California, Florida, Kansas, Missouri, Ohio, Oregon, Pennsylvania, and Tennessee.  ChamberDoor's corporate charter has been forfeited, revoked, withdrawn, dissolved, delinquent, or cancelled with the Secretaries of State in these states.  An exception is Pennsylvania, where the only document on file with the Pennsylvania Department of State is its "creation filing" in 1991 as a foreign corporation and therefore lists the Company as "active."

18.     The Pension Plan's actuary, Willis Towers Watson ("WTW"), indicated that its last communication with ChamberDoor was in December 2020.  It has not provided services to the Plan since 2020.

19.     Similarly, the Plan's trustee and asset custodian, CTC, indicated that its last communication with ChamberDoor was in November 2020.

20.     CTC is headquartered in Missouri and has limited continuing authority to act on behalf of the Plan pursuant to that certain amended trust agreement executed between CTC and ChamberDoor on January 7, 2014 ("Trust Agreement").  The Trust Agreement authorizes CTC to (i) invest and manage Plan assets; and (ii) issue payments from the Plan's trust account to such persons as directed by ChamberDoor, which includes monthly pension benefit payments to retired Participants.  No other power or authority – *e.g.,* authority to sign an agreement with PBGC to terminate the Pension Plan and appoint PBGC as the Plan's trustee – has been delegated to CTC, under the Trust Agreement or otherwise.

---

held an ownership interest in ChamberDoor.  Upon further information and belief, the Canadian company vacated said address on or around April 5, 2021.

21.     ChamberDoor is the Pension Plan's sponsor and administrator but has not responded to an employee seeking to apply for benefits under the Pension Plan.  On June 2, 2022, PBGC was informed that an individual, presumably a former ChamberDoor employee, could not locate anyone at ChamberDoor to apply for and commence payment of pension benefits under the Plan.

22.     To date, PBGC has been unable to locate any operations of the Company and has been unable to locate, contact, or speak to an active or current officer or employee of the Company regarding the Pension Plan.  Accordingly, PBGC has determined that the Pension Plan has been abandoned.

23.     Upon information and belief, ChamberDoor has not made required minimum funding contributions to the Pension Plan since 2019.  PBGC estimates that the Plan is underfunded by $324,349 on a termination basis.

24.     PBGC therefore determined that (i) pursuant to 29 U.S.C. § 1342(a)(1), (2), the Pension Plan has not met the minimum funding standard required under section 412 of the Internal Revenue Code and will be unable to pay benefits when due; and (ii) the Plan must be terminated to protect the interests of the Plan's Participants under 29 U.S.C. § 1342(c).

25.     On July 29, 2022, in accordance with 29 U.S.C. § 1342(c), PBGC issued a Notice of Determination ("Notice") to ChamberDoor, notifying the Company that PBGC had determined that the Pension Plan has not met the minimum funding standard and will not be able to pay benefits when due under 29 U.S.C. § 1342(a)(1), (2) and that the Plan must be terminated in order to protect the interest of the Plan's Participants under 29 U.S.C. § 1342.  The Notice further stated that PBGC intends to have the Pension Plan terminated, to seek appointment as

6

statutory trustee, and to establish July 31, 2022, as the Plan's termination date.  A copy of the Notice is attached hereto as Exhibit 1.

26.     On July 29, 2022, PBGC sent the Notice via Federal Express to ChamberDoor's last known physical address and principal place of business listed on the California, Florida, Oregon, and Tennessee Secretaries of State records – 153 Extrusion Place, Hot Springs, Arkansas 71901 (the "Fed Ex Package").   The Fed Ex Package was refused and returned to Federal Express by an unrelated company operating at that address.

27.     Concurrently, PBGC sent the Notice via United States Postal Service Priority Mail to ChamberDoor at Highway 270 East, P.O. Box H, Hot Springs, Arkansas 71902 (the "USPS Package").  The post office box on the USPS Package is listed as a primary address for ChamberDoor on the Arkansas, California, Kansas, and Missouri Secretaries of State records.[2] However, the USPS Package could not be delivered and was returned to sender on August 6, 2022.

28.     On July 31, 2022, PBGC published notice of its determination that the Pension Plan should terminate effective July 31, 2022, in the following newspapers that publish in locations where most of the Pension Plan's Participants reside:  Arkansas Democrat-Gazette; Naperville Sun; Lake Zurich Courier; The Elm Leaves; Opelika-Auburn News; Pensacola News

---

[2] Ohio and Pennsylvania Secretary of State records do not list an address for ChamberDoor.  The Texas Secretary of State records list the same Canadian address as on the Delaware 2016 Annual Franchise Tax Report discussed above.  *See supra* n.1.

Journal; The Daily Advance; and Erie Times News.[3]  Copies of the publications are attached hereto as Exhibit 2.

## COUNT I

29.    PBGC realleges and incorporates by reference paragraphs 1 through 28.

30.    After PBGC determines that a pension plan covered by Title IV of ERISA should terminate, ERISA authorizes the agency to apply to a United States district court for a decree adjudicating that the pension plan must be terminated to protect participants' interests.  29 U.S.C. § 1342(a), (c).

31.    PBGC determined under 29 U.S.C. § 1342(a)(1), (2), (c) that the Pension Plan should be terminated.  As mentioned above, PBGC issued the Notice to ChamberDoor – stating that the Pension Plan has not met the minimum funding standards, will be unable to pay benefits when due, and must be terminated to protect the interests of the Plan's Participants – by mailing the Notice to the Company's two primary addresses listed on Secretaries of State records.

32.    Accordingly, this Court may issue a decree terminating the Pension Plan.

## COUNT II

33.    PBGC realleges and incorporates by reference paragraphs 1 through 32.

34.    Upon issuing a termination decree under 29 U.S.C. § 1342(c), a United States district court must appoint a trustee of the terminated pension plan, which, upon application, may be PBGC.  29 U.S.C. § 1342(b)(1).

35.    PBGC is willing and able to serve as statutory trustee of the Pension Plan.

---

[3] The Lake Zurich Courier and The Elm Leaves are weekly newspapers.  The publication therefore ran on July 28, 2022 in these newspapers.  Similarly, The Daily Advance ran the publication on July 30, 2022.

## COUNT III

36.     PBGC realleges and incorporates by reference paragraphs 1 through 35.

37.     A pension plan's termination date ("Plan Termination Date") is either the date agreed upon by PBGC and the plan administrator, or, in the absence of such an agreement, the date established by the district court.  29 U.S.C. § 1348(a)(3), (4).

38.     ChamberDoor is the Plan Administrator.  Upon information and belief, the Company has ceased operations.  The Notice was marked undeliverable by both Federal Express and the United States Postal Service.  As described above, PBGC has been unable to locate any active officer or employee of ChamberDoor and has exhausted all potential means of contacting the Company.  Thus, agreement between PBGC and the Plan Administrator is not possible, and the Plan Termination Date will be the date established by this Court.

39.     PBGC's published notice to the Plan's Participants of its determination that the Pension Plan must be terminated and that PBGC should become trustee of the Plan extinguished the Participants' reasonable expectations that the Pension Plan would continue after July 31, 2022.

40.     The termination date that best serves PBGC's interests is July 31, 2022.

41.     The Court should establish July 31, 2022, as the Plan Termination Date.

## COUNT IV

42.     PBGC realleges and incorporates by reference paragraphs 1 through 41.

43.     Under 29 U.S.C. § 1342(d), a court-appointed trustee is authorized, among other things, to pay plan benefits and manage plan assets in accordance with Title IV of ERISA.

44.     To carry out its statutory duties with respect to a pension plan, the court-appointed trustee must receive all plan assets and all documents relating to the plan, the participants, and the plan's assets.

45.     The Court should therefore order the transfer to PBGC of all the Pension Plan's assets and relevant documents, wherever located, as an incident of appointing PBGC as statutory trustee of the Pension Plan.

## **RELIEF REQUESTED**

WHEREFORE, PBGC respectfully requests that the Court grant judgment on all counts of this Complaint and issue an order granting the following relief:

1.     Adjudicating that the Pension Plan is terminated pursuant to 29 U.S.C. § 1342(c);

2.     Appointing PBGC as statutory trustee of the Pension Plan pursuant to 29 U.S.C. § 1342(c);

3.     Establishing July 31, 2022, as the Plan Termination Date pursuant to 29 U.S.C. § 1348(a);

*[Page Left Intentionally Blank]*

4.      Ordering ChamberDoor and all other persons or entities having possession, custody, or control of any records, assets, or other property of the Pension Plan to transfer, convey, and deliver all such records, assets, and property to PBGC as statutory trustee upon request, pursuant to 29 U.S.C. § 1342(d)(1); and

5.      Granting any and all other relief as this Court deems just and proper.


Dated: October 7, 2022                        Respectfully Submitted,
        Washington, DC


                                              /s/ Courtney L. Morgan
                                              KAREN MORRIS
                                              General Counsel
                                              CRAIG FESSENDEN
                                              Deputy General Counsel
                                              ANDREA WONG
                                              Assistant General Counsel
                                              SOO MIN KIM
                                              Attorney
                                              COURTNEY L. MORGAN #9856 (MD)
                                              Attorney for Plaintiff PBGC
                                              PENSION BENEFIT GUARANTY
                                              CORPORATION
                                              Office of the General Counsel
                                              445 12th Street, S.W.
                                              Washington, D.C. 20024-2101
                                              Telephone: (202) 229-3738
                                              Fax: (202) 326-4112
                                              Emails: Morgan.Courtney@pbgc.gov *and*
                                                      efile@pbgc.gov

# EXHIBIT 1



**Pension Benefit Guaranty Corporation**
1200 K Street, N.W., Washington, D.C. 20005-4026

July 29, 2022

ChamberDoor Industries, Inc.          EIN/PN: 710701992/001
153 Extrusion Place                   PBGC Case Number: 24215700
Hot Springs, Arkansas 71901           Plan Name: ChamberDoor Industries, Inc. Salaried
                                      Retirement Plan

ChamberDoor Industries, Inc.
Highway 270 East
PO Box H
Hot Springs, Arkansas 71902

## NOTICE OF DETERMINATION

PLEASE TAKE NOTICE that the Pension Benefit Guaranty Corporation ("PBGC") has determined under section 4042(a)(1) and (2) of the Employee Retirement Income Security Act of 1974, *as amended* ("ERISA"), 29 U.S.C. § 1342(a)(1) and (2), that the ChamberDoor Industries, Inc. Salaried Retirement Plan ("Plan") has not met the minimum funding standard required under section 412 of the Internal Revenue Code and will be unable to pay benefits when due. PBGC has further determined, under ERISA § 4042(c), 29 U.S.C. § 1342(c), that the Plan must be terminated in order to protect the interests of the Plan's participants. Accordingly, PBGC intends to proceed under ERISA § 4042, 29 U.S.C. § 1342, to have the Plan terminated and PBGC appointed as statutory trustee, and under ERISA § 4048, 29 U.S.C. § 1348, to have July 31, 2022, established as the Plan's termination date.

PBGC has completed its decision-making process in this matter; accordingly, this determination is effective on the date it is issued.

PENSION BENEFIT GUARANTY CORPORATION

*Andrea Schneider*
Andrea E. Schneider
Chairperson, Trusteeship Working Group

# EXHIBIT 2

Case: 4:22-cv-01074-JAR   Doc. #: 1   Filed: 10/07/22   Page: 15 of 22 PageID #: 15

PERSONAL FINANCE

ADOBE STOCK
ILLUSTRATIONS

# Retail
## reliability

How to shop for products that will have lasting power

**LIZ WESTON | NerdWallet**

Savvy consumers consider price, performance and reliability when making a major purchase, such as a car or home appliance. The greatest of these is reliability — particularly lately.

Supply-chain disruptions can mean long waits for parts or replacements if something breaks. Getting a new refrigerator, dishwasher or other major appliance now often takes weeks or even months, says Paul Hope, home and appliances writer for Consumer Reports. Plus, the microchip shortage means many manufacturers prioritize making their most expensive models, which are typically the most profitable, Hope says.

Even in normal times, of course, you don't want to waste money on unreliable products. Plus, buying stuff that's built to last can help save money and create less waste.

"It's a huge expense to have to replace products prematurely. It's also extremely detrimental to the environment," Hope says.

## Price and reliability aren't always related

Finding truly reliable and durable products isn't always easy, however. You might assume that more expensive products will last longer, but that isn't necessarily the case.

For example, you can spend $5,000 or more on a premium range that breaks down frequently or $850 on one that provides years of trouble-free use.

"We actually find that many of the pro-style range brands are some of the least reliable products that we test," Hope says. "On the contrary, we often find very good performance out of very inexpensive brands."

Consumer-generated reviews, like those on Amazon, may alert you to products that break quickly or don't perform as expected. But such reviews can be skewed by a grumpy few who had bad experiences or a torrent of fake reviews designed to boost a product's star rating.

To create reliability ratings

that are actually, well, reliable, you need large sets of data. Consumer Reports surveys tens of thousands of people each year about their experiences with various products. Similarly, J.D. Power, which rates cars, bases its dependability ratings on reports from more than 80,000 owners of 3-year-old vehicles, who detail the type and number of problems they've encountered in the previous 12 months.

Even then, reliability ratings are predictions, not guarantees. You might luck out and have a great experience with a product that's usually flawed or get the rare lemon in a product line that's generally solid.

## Watch the warranties

So it's also important to check out a product's warranty. A long warranty can signal a company's confidence in its product's reliability. (You can typically add a year to a manufacturer's warranty, by the way, if you purchase the item with a credit card that offers such extended protection as a benefit.)

A one- or two-year warranty

is standard for major appliances, but some brands offer longer guarantees on certain parts, Hope says. Refrigerators typically have a one-year general warranty for parts and labor, for example, but compressors, which circulate the refrigerant, may be under warranty for five or even 10 years.

Lifetime warranties are the gold standard, although companies differ considerably in their definition of "lifetime." For some, it essentially means indefinitely. Others use the term to mean the expected lifetime of the product. Plus, some lifetime guarantees are limited to defects in materials and manufacture, not normal wear and tear.

## They don't make 'em like they used to

Some products are better built than ever before. Cars used to be ready for the junkyard at around 100,000 miles, but you can expect a typical new car to last over 200,000 miles, or roughly 15 years of average driving, without major problems if it's well maintained, according to J.D. Power. The average price Americans paid for new cars exceeded

$47,000 last year, according to Kelley Blue Book, so hanging on to your cars longer can be financially smart.

Other products may not last as long as their predecessors, which means we have to budget for more frequent replacements. Your grandma's clothes washer may have chugged along for 30 or 40 years, but most major appliances these days have an expected life span of around 10 years, according to Consumer Reports.

That said, today's products may offer energy savings, convenience and technology the older versions lacked. A new refrigerator is typically twice as large as the workhorses from the 1970s, has better features and runs on a fraction of the electricity, Hope says.

"Yes, things have become a little bit more disposable, but they actually have become far better in a lot of ways," Hope says.



*For more personal finance advice, point your phone camera at this code, then tap the link for thepennywise.com.* **NEWSVU**









PRESTIGE PROPERTIES

## VOTE US
### BEST REAL ESTATE COMPANY

TEXT TO VOTE:
334-649-7153 / TTV#: 696

**ATTENTION ALL PARTICIPANTS AND BENEFICIARIES OF:
CHAMBERDOOR INDUSTRIES, INC.
SALARIED RETIREMENT PLAN**

The Pension Benefit Guaranty Corporation (PBGC), the federal government's insurance program for pension benefits, is taking steps to assume responsibility for your pension plan. This means PBGC will become your plan's trustee. PBGC will pay you the benefits you earned, up to limits set by law.

PBGC is taking this action because your plan meets the criteria for termination under federal pension law. In general, this means that the plan doesn't have enough money to pay all the promised benefits and your employer is financially unable to keep up the plan. The plan will terminate as of July 31, 2022. As of that date, you will not earn any further benefits from the plan.

When PBGC becomes trustee of your plan, we will notify you by letter. If you are retired, we will continue to pay your benefit without interruption. If you are not yet retired, we will pay your guaranteed benefit when you become eligible. Until PBGC becomes trustee, **ChamberDoor Industries, Inc.** remains responsible for paying plan benefits.

PBGC currently pays benefits to more than 900,000 individuals in nearly 5,000 pension plans it has assumed. PBGC pays guaranteed benefits up to the maximum amount allowed by law. The maximum annual guarantee in your plan is $74,454.60 for a 65-year-old. Maximum guarantees are lower for those who retire at younger ages or elect survivor benefits. Benefit increases made within five years of the plan's termination are not fully guaranteed.

For more information, please visit our website, **PBGC.gov**.



**PENSION BENEFIT GUARANTY CORPORATION**
July 31, 2022

Protecting America's Pensions

**Arkansas Democrat ⦿ Gazette**

● ● SUNDAY, JULY 31, 2022 ● **5D**

# Top six

Pictured below are the six most expensive houses sold in Little Rock during the week of July 5-8, 2022. "Sold" refers to the date on which the real estate deed was recorded by the Pulaski County circuit clerk, irrespective of the actual sale date.

The prices of these houses, calculated from the clerk's public records, are published in **bold** type in today's Business and Farm section.



**1.** **10 Sunset Drive** Owned by Walter Ebel III and the Laventana Personal Residence Trust, this house was sold to Laura and Peter Treadwell Jr.



**2.** **56 Deauville Circle** Owned by Donald Marshall Jr., a house behind this gate was sold to Jennifer and Michael Blanscet.



**3.** **5321 Centerwood Road** Owned by J.C. and T.W. Lindsey, this house was sold to Rebecca and Andrew Perin and the Perin Living Trust.



**4.** **12 Bretagne Circle** Owned by Caroline and Robert Fow, this house was sold to Mauricio Garcia Saenz de Sicilia and Ana Galvan.



**5.** **16 Hickory Pointe Cove** Owned by Mary and Russell Simmonds, a house behind this gate was sold to Chris Carson.



**6.** **112 Ensbury Drive** Owned by Karen and Kristopher Upton, this house was sold to Morel Belk.

# Cobblers make a comeback in Milan

## *Italian flagship shoe store Golden Goose prioritizes repair, sustainability*

**LAURA RYSMAN**
THE NEW YORK TIMES

MILAN — The kings of our casual-attire era, sneakers have long been landfill fodder of cheap fabrication. Golden Goose, a maverick footwear enterprise, would like to propose an alternative: handcraft and repair.

With its flagship in Milan's upmarket Brera neighborhood newly expanded and redesigned to accommodate workshops for cobblers and embroiderers, the brand best known for introducing $500 artisan-made sneakers is now offering in-store bespoke repairs that can run over $100. But despite the high-end pricing, the model may serve as a blueprint for fashion companies looking to extend the lifetime of their products.

"Artisans are able to produce uniqueness with their hands," Silvio Campara, Golden Goose's CEO, recently offered as an explanation of the sneakers' eye-popping costs as he leaned on a workshop counter at the rear of his brand's revamped boutique. "And artisanship creates affection."

It also explains the business incentive to give artisans in their 20s and 30s a starring role at the flagship. In a well-outfitted atelier, a team of cobblers cleans, restitches and resoles shoes — especially sneakers — and polishing wheels, leather-sewing machines and an ozone sanitizing closet, surrounded by the heady turpentine scent of glue on rubber. In another corner of the store, lined with drawers of rhinestones and rows of ribbon rolls, embroiderers sew patches on jeans and other clothing and stitch hearts, flowers and other whimsical designs onto sneakers — Golden Goose's first venture into customization.

"Our goal is to renew the dignity of artisans," Campara said, holding up a half-repaired sneaker with the nailheads of its hand-hammered insole exposed. "It was a difficult task to find 20 young people who wanted to work as cobblers today," he added, but they were ultimately convinced that as part of Golden Goose's repair program, "they're shaping the future of fashion."

"I'll be thrilled if other brands try to copy us," he said.

### 'DREAM MAKERS'

Buoyant and self-assured, Campara sported ripped white jeans spangled all over with pearls and rhinestones while showing off Golden Goose's renovated flagship last month. He has a habit of winking when he's bragging, as when he proclaimed, "We're way ahead." (Wink.) "Everyone else is outdated."

The cobblers behind him, in denim jumpsuits with their official title — "Dream Maker" — patched in capitals across their back, removed sneakers from a specialized oven that heats the rubber so the foxing, the strip that wraps some sneaker styles, can be peeled away and replaced along with the outsole.

"Five years ago, sneaker repair didn't exist," said Alessandro Pastore, a cobbler who formerly led production for factories making shoes for brands including Louis Vuitton, Jimmy Choo and Christian Louboutin. "There isn't a single luxury boutique that offers this kind of repair service." He began hammering rubber into place on a stake-mounted sneaker. "We are the first, and we are unique, and it makes us feel truly important." (At that, Campara high-fived him from across the counter.)

The brand, founded in 2000 by Francesca Rinaldo and Alessandro Gallo, applied an old-fashioned approach to manufacturing sneakers. Instead of vulcanizing a rubber sole to encase the shoe's top portion — the customary quick fix for sneaker production in Asia — Golden Goose looked to the cordwainers of its home territory of Veneto, a region renowned for formal shoes handcrafted according to tradition, where several luxury fashion houses have established factories to take advantage of local footwear artisanship. Golden Goose devised sneakers with the same individually sewn uppers and hand-hammered soles found in formal shoes, and today it fabricates more than a million pairs of sneakers a year using traditional techniques in eight factories in Veneto and around Italy. "We're the best,"



**Alessandro Pastore compares** the soles of a pair of sneakers during a repair at the Golden Goose flagship store in Milan. After making a name for itself with $500 handmade sneakers, Golden Goose is turning its focus to repairs.
(The New York Times/Gus Powell)

**Alessandro Pastore,** an artisan who previously headed shoe production for luxury brands, repairs a shoe at the Golden Goose flagship store in Milan.
(The New York Times/Gus Powell)

Campara said with another wink, "because we're Italian. We have the craftsmanship in this country that produces the world's luxury goods."

### 'LIVED-IN TREATMENT'

In the Milan boutique, window shelves display pairs of half-rehabbed sneakers. The befores and afters can be difficult to discern without studying the soles, however, as the sneakers themselves — in keeping with Golden Goose's philosophy of "perfect imperfection" — proudly bear deliberate scuffs, tears, frays and inked-on graffiti. At the laundering station in the cobblers' workshop, dozens of jars indicate the range of shades needed in white paint alone, from snow to smoggy, to match the effects of wear. A price board of artisan sneaker services advertises the apparently popular "Lived-In Treatment." The cost: 70 euros, about the same in dollars.

The shop is an elegy to this timeworn aesthetic. Clothing collections inspired by varsity sports and Americana feature patches, holes and mended rips; Blondie, Duran Duran, INXS and other heroes of the 1980s play on the sound system; shelves are artfully arranged with roller skates, analog cameras, vinyl records and cassette tapes displayed in cases like pinned butterflies.

As physical boutiques struggle for significance in the age of online shopping, the new Golden Goose model is drawing visitors with its craft services, and the sneaker maker plans to open similar concept shops in New York and Dubai, United Arab Emirates, later this year. Though repairs are typically considered a loss for brands, Campara insists that the approach is good for business.

"Someone who feels taken care of will always return, and repairs help keep my products in your life and in your memory," he said. Customers spend time in the store, tell people about their experience and, he said candidly, often buy more sneakers when they come in to spruce up their previous pair.

### A CULTURE OF REPAIR

As for the strategy's sustainability merits, clients showed up with 38 pairs of sneakers to refurbish on opening day in June — a grain of sand compared with the number of new shoes being produced on a given day. Yet if a

wider culture of repair replaces the planned disposability of modern fashion, the way for recycling of any brand of clothes and shoes, in partnership with ReCircled, and resells secondhand sneakers and leather jackets on behalf of clients. Additionally, Golden Goose recently announced a series of ambitious goals for sustainability and inclusivity as well as plans to start a shoemaking academy next year that will train a new generation of artisans.

This spring, the label introduced its most innovative sneaker model yet, the Yatay Model IB, which uses a low-water-use leather alternative made from inedible vegetable sources, created in collaboration with the Italian material producer Coronet. "Italy has an advantage when it comes to sustainability," he said. "The supply chain is here, so it's easier to innovate together."

Campara said that while "Made in Italy" has long indicated quality to the world, future shoppers will be looking for something more: "Made with responsibility," he said, with another gratified wink.

---



**ATTENTION ALL PARTICIPANTS AND BENEFICIARIES OF:**
**CHAMBERDOOR INDUSTRIES, INC.**
**SALARIED RETIREMENT PLAN**

The Pension Benefit Guaranty Corporation (PBGC), the federal government's insurance program for pension benefits, is taking steps to assume responsibility for your pension plan. This means PBGC will become your plan's trustee. PBGC will pay you the benefits you earned, up to limits set by law.

PBGC is taking this action because your plan meets the criteria for termination under federal pension law. In general, this means that the plan doesn't have enough money to pay all the promised benefits and your employer is financially unable to keep up the plan. The plan will terminate as of July 31, 2022. As of that date, you will not earn any further benefits from the plan.

When PBGC becomes trustee of your plan, we will notify you by letter. If you are retired, we will continue to pay your benefit without interruption. If you are not yet retired, we will pay your guaranteed benefit when you become eligible. Until PBGC becomes trustee, **ChamberDoor Industries, Inc.** remains responsible for paying plan benefits.

PBGC currently pays benefits to more than 900,000 individuals in nearly 5,000 pension plans it has assumed. PBGC pays guaranteed benefits up to the maximum amount allowed by law. The maximum annual guarantee in your plan is $74,454.60 for a 65-year-old. Maximum guarantees are lower for those who retire at younger ages or elect survivor benefits. Benefit increases made within five years of the plan's termination are not fully guaranteed.

For more information, please visit our website, **PBGC.gov**.

**PBGC**
Protecting America's Pensions

**PENSION BENEFIT GUARANTY CORPORATION**
July 31, 2022

A North Atlantic right whale feeds on the surface of Cape Cod bay, off the coast of Plymouth, Mass. The federal government is proposing new rules designed to prevent the dwindling species colliding with ships.
MICHAEL DWYER/AP FILE

# Feds: Ships must slow more often to save whales

**Patrick Whittle**
ASSOCIATED PRESS

PORTLAND, Maine – Vessels off the East Coast must slow more often to help save a vanishing species of whale from extinction, the federal government said Friday.

The National Oceanic and Atmospheric Administration made the announcement via new proposed rules designed to prevent ships colliding with North Atlantic right whales. Vessel strikes and entanglement in fishing gear are the two biggest threats to the giant animals, which number fewer than 340 and are falling in population.

Efforts to save the whales have long focused on fishing gear, especially that used by East Coast lobster fishermen. The proposed vessel speed rules signal that the government wants the shipping industry to take more responsibility.

"Changes to the existing vessel speed regulation are essential to stabilize the ongoing right whale population decline and prevent the species' extinction," state the proposed rules, which are slated to be published in the federal register.

The new rules would expand seasonal slow zones off the East Coast that require mariners to slow to 10 knots (12 mph). They would also require more vessels to comply with the rules by expanding the size classes that must slow down. The rules also state that NOAA would create a framework to implement mandatory speed restrictions when whales are known to be present outside the seasonal slow zones.

Federal authorities spent a few years reviewing the speed regulations used to protect the whales. The shipping rules have long focused on a patchwork of slow zones that require mariners to slow down for whales. Some of the zones are mandatory, while others are voluntary.

Environmental groups have made the case that many boats don't comply with the speed restrictions and that the rules need to be tighter. Environmental organization Oceana released a report in 2021 that said noncompliance was as high as nearly 90% in voluntary zones and was also dangerously high in the mandatory ones.

"The government is proposing a significant improvement in protections for North Atlantic right whales today, which are constantly at risk from speeding vessels," said Gib Brogan, a campaign director at Oceana. "It's no secret that speeding vessels are rampant throughout North Atlantic right whales' migration route, all along the East Coast."

Many members of the shipping industry were keenly aware the new speed rules were on the way. The London-based International Chamber of Shipping, which represents more than 80% of the world merchant fleet, has been working with the International Maritime Organization and other stakeholders to better protect the right whales, said Chris Waddington, the chamber's technical director.

The chamber's members are used to complying with speed limits in whale zones, he said.

"The shipping industry takes the protection of whales seriously and has undertaken measures to safeguard them, from engaging stakeholders to reducing speed and rerouting," Waddington said. "There is always more that can be done, and that is why we are working with the IMO and conservationists on reviewing maritime guidelines."

Recruit
&Retain
There are still more open jobs than workers so show your appreciation for your staff and bring in new hires!
Let us help you pick the right ad campaign and get your jobs in front of both Active and Passive Candidates!
Don't miss out on our Labor Day Special and Save Big!
LOCALiQ RECRUITMENT
recruitads@localiq.com | 1-855-288-3272 | localiqrecruitment.com

ATTENTION ALL PARTICIPANTS AND BENEFICIARIES OF:
CHAMBERDOOR INDUSTRIES, INC.
SALARIED RETIREMENT PLAN

The Pension Benefit Guaranty Corporation (PBGC), the federal government's insurance program for pension benefits, is taking steps to assume responsibility for your pension plan. This means PBGC will become your plan's trustee. PBGC will pay you the benefits you earned, up to limits set by law.

PBGC is taking this action because your plan meets the criteria for termination under federal pension law. In general, this means that the plan doesn't have enough money to pay all the promised benefits and your employer is financially unable to keep up the plan. The plan will terminate as of July 31, 2022. As of that date, you will not earn any further benefits from the plan.

When PBGC becomes trustee of your plan, we will notify you by letter. If you are retired, we will continue to pay your benefit without interruption. If you are not yet retired, we will pay your guaranteed benefit when you become eligible. Until PBGC becomes trustee, **ChamberDoor Industries, Inc.** remains responsible for paying plan benefits.

PBGC currently pays benefits to more than 900,000 individuals in nearly 5,000 pension plans it has assumed. PBGC pays guaranteed benefits up to the maximum amount allowed by law. The maximum annual guarantee in your plan is $74,454.60 for a 65-year-old. Maximum guarantees are lower for those who retire at younger ages or elect survivor benefits. Benefit increases made within five years of the plan's termination are not fully guaranteed.

For more information, please visit our website, **PBGC.gov**.

PBGC
Protecting America's Pensions

PENSION BENEFIT GUARANTY CORPORATION
**July 31, 2022**

NOW OFFERING
CONCRETE WORK
NO JOB TOO BIG
OR TOO SMALL
CUSTOM
construction paving
2626 Colonial Avenue
Erie, PA 16506
814-240-5522
eriepaving.com
EP-29250746

Maybe you are being pointed in a new direction...
If you've been considering senior living, this is the year to act. Expand your horizons!
Call (814) 310-0285 or visit us online at SpringhillErie.org
ASBURY
SPRINGHILL
Anticipate More
EAGLE
2323 Edinboro Rd., Erie, PA 16509

Case: 4:22-cv-01074-JAR   Doc. #:  1   Filed: 10/07/22   Page: 18 of 22 PageID #: 18

Client Name:
Advertiser:
Section/Page/Zone: MAIN/1003/NVS
Description:

Ad Number:
Insertion Number:
Size:
Color Type:

This electronic tearsheet confirms the ad appeared in The Naperville Sun on the date and page indicated. You may not create derivative works, or in any way exploit or repurpose any content.

**Publication Date: 07/31/2022**

Herald News
Beacon News LAKE COUNTY
Courier News **NEWS-SUN**
The Sun



The Summer Place theater group is scheduled to perform "The Sound of Music" today at 3 p.m. at Naperville Central High School. THE SUMMER PLACE

## THIS WEEK IN NAPERVILLE

### Sunday

**"The Sound of Music:"** Summer Place Theatre will perform "The Sound of Music" at 3 p.m. Sunday, July 31 at Naperville Central High School, 440 Aurora Ave. Tickets are $20 for adults and $15 for seniors and children under 18 years old. For more information, go to www. summerplacetheatre.org.

**Concerts in Your Park:** Feel Good Party Band will perform as part of the Naperville Park District's free Concert in Your Park concert series at 7 p.m. Sunday, July 31 at Cantore Park, 2507 Warm Springs Lane. Concert-goers should bring lawn chairs or blankets. For more information, go to www.napervilleparks. org.



Disney's "Encanto," the featured film for Movie Night and the kickoff of National Night Out, will be screened Monday at the Fry Family YMCA in Naperville. CHICAGO TRIBUNE

### Monday

**Family Storytime in the Park:** Children and their caregivers can listen to stories, songs and activities at Family Storytime in the Park at 10:30 a.m. Monday, Aug. 1 at the 95th Street Community Plaza, 3109 Cedar Glade Dr. For more information, go to www. naperville-lib.org.

**Family Game Night:** Families can participate in game night at 6 p.m. Monday, Aug. 1 at the 95th Street Library, 3015 Cedar Glade Dr. For more information, go to www.naperville-lib.org.

**National Night Out Movie Night:** The city of Naperville and the YMCA will play the movie "Encanto" to kick off National Night Out at 6 p.m. Monday, Aug. 1 at the Fry Family YMCA, 2120 W. 95th St. Movie Night also features a bounce house, games, activities, popcorn and ice cream. Children can check out police equipment. Participants are asked to bring a donated item to benefit DuPage

### Tuesday

**A. George Pradel Park ribbon-cutting ceremony:** A ribbon-cutting ceremony will take place at 5 p.m. Tuesday, Aug. 2 at A. George Pradel Park, 4519 Pradel Dr. In the event of inclement weather, the ceremony will be rescheduled to 5 p.m. Wednesday. For more information, go to www.napervilleparks.org.

**National Night Out:** Neighborhoods across Naperville will participate in National Night Out featuring cookouts, block parties and walks from 5 to 8 p.m. Tuesday, Aug. 2. Members of the police, fire, public works, animal control and other departments will visit registered events. For more information, go to www.naperville. il.us.

### Wednesday

**Playscape Readers:** Naper Settlement will present its Playscape Readers program with this month's theme of "Back to School" at 1 p.m. Wednesday, Aug.

Pads and will be entered into a drawing to win one of two children's bikes or a Ring doorbell. For more information, go to www.naper-settlement.org.

**Shopping, Saving and Storing:** A lecture on how to make the most of your foods and funds will take place at 7 p.m. Wednesday, Aug. 3 at the 95th Street Library, 3015 Cedar Glade Dr. The program will be both in person and via Zoom. Register at www. naperville-lib.org.

**Kirk Wallace Johnson virtual book event:** Bestselling author Kirk Wallace Johnson will talk about his book, "The Fishermen and the Dragon," in a virtual book event at 7 p.m. Wednesday, Aug. 3. Register at www.andersons-bookshop.com.

### Thursday

**Brown Bag Lecture:** Jo Ann Tufo will portray female pirate Anne Cormac Bonny in a Brown Bag Lecture at 1 p.m. Thursday, Aug. 4 at the 95th Street Library, 3015 Cedar Glade Dr. The program will be both in person and via Zoom. Register at www. naperville-lib.org.

**Teen Flower Art:** Teens in middle and high school can create 3D flower art with pressed flowers and leaves in a craft class at 3

3 at the settlement, 523 S. Webster St. For more information, go to www.naper-settlement.org.

p.m. Thursday, Aug. 4 at the Naper Boulevard Library, 2035 S. Naper Blvd. A limited number of spaces are available. Register at www.naperville-lib.org.

**Downtown Naperville Architecture Walking Tour:** A walking tour featuring the architecture of Naperville from the 1800s to today will be held at 5:30 p.m. Thursday, Aug. 4 starting at Naper Settlement, 523 S. Webster Ave. The tour will cover about two miles. Register at www. napersettlement.org.

**Birding in the Preserves webinar:** The Forest Preserve District of Will County will host a webinar on how to find local birds at 7 p.m. Thursday, Aug. 4. Register to receive a Zoom link at www.reconnectwithnature.org.

**Naperville Municipal Band Concert:** The Naperville Municipal Band will perform at 7:30 p.m. Thursday, Aug. 4 at Central Park, 104 E. Benton Ave. For more information, go to www.napervilleband. org.

### Thursday to Saturday

**AAUW Naperville Area Used Book Sale:** The AAUW Naperville Area Used Book and Media Sale will take place from 9 a.m. to 8 p.m. Thursday, Aug. 4 and Friday, Aug. 5 and from 9 a.m. to 12:30 p.m. Saturday, Aug. 6 at Washington Jr. High School, 201 N. Washington St. The sale features more than 40,000 books, CDs, DVDs and records mostly priced at $1 to $2. "First Look" tickets to enter the sale from 9 a.m. to noon Thursday are $15. Otherwise admission is free. Educators with an ID receive half off from 4 p.m. to 8 p.m. Friday. Saturday features sales. Proceeds go

Turn to This Week, page 4



TAMARA COMOLLI

CASUAL BLUES



**A. Marek**
FINE JEWELRY

630.954.2662
INFO@AMAREKFINEJEWELRY.COM
WWW.AMAREKFINEJEWELRY.COM

Oak Brook Promenade
3021 Butterfield Road | Oak Brook, Illinois

**Store Hours:**
Wed, Thurs, Fri & Sat 11am - 4pm
By Appointment Only



MAHJONG STORY
SOLITAIRE STORY TRI PEAKS

**FREE**
**PUZZLES & GAMES**
PlayJumble.com

COOKIE CRUSH
DAILY JUMBLE
BUBBLE SHOOTER PRO
DAILY SUDOKU

**TRIBUNE** PUBLISHING

Jumble Daily • Jumble Crossword Daily
Jumble Sunday • Sudoku • Mahjong
Bubble Shooter Pro • Plus many more

**AAUW Naperville Area Used Book & Media Sale Aug. 4 - 6, 2022**

Washington Jr. High Gym
201 N. Washington St., Naperville

Thousands of items -- most priced $1 to $2!
Proceeds advance gender equity
through research, education and advocacy

**First Look Event $15**

Thursday, Aug. 4 | 9 AM - Noon

Tickets limited! Purchase now
aauwnapervillebooksale2022.eventbrite.com

**Free General Admission**

Thursday, Aug. 4 | Noon - 8 PM

Friday, Aug. 5 | 9 AM - 8 PM
Friday night is Educators' Appreciation Night!
Educators with ID receive 50% off from 4 to 8 PM

Saturday, Aug. 6 | 9 AM - 12:30 PM
Bag Day Closeout!
All items $10 per bag or half price


AAUW
Naperville Area (IL)

naperville-il.aauw.net
aauwnaper@gmail.com


**ATTENTION ALL PARTICIPANTS AND BENEFICIARIES OF: ChamberDoor Industries, Inc. Salaried Retirement Plan**

The Pension Benefit Guaranty Corporation (PBGC), the federal government's insurance program for pension benefits, is taking steps to assume responsibility for your pension plan. This means PBGC will become your plan's trustee. PBGC will pay you the benefits you earned, up to limits set by law.

PBGC is taking this action because your plan meets the criteria for termination under federal pension law. In general, this means that the plan doesn't have enough money to pay all the promised benefits and your employer is financially unable to keep up the plan. The plan will terminate as of July 31, 2022. As of that date, you will not earn any further benefits from the plan.

When PBGC becomes trustee of your plan, we will notify you by letter. If you are retired, we will continue to pay your benefit without interruption. If you are not yet retired, we will pay your guaranteed benefit when you become eligible. Until PBGC becomes trustee, ChamberDoor Industries, Inc. remains responsible for paying benefits.

PBGC currently pays benefits to more than 900,000 individuals in nearly 5,000 pension plans it has assumed. PBGC pays guaranteed benefits up to the maximum amount allowed by law. The maximum annual guarantee in your plan is $74,454.60 for a 65-year-old. Maximum guarantees are lower for those who retire at younger ages or elect survivor benefits. Benefit increases made within five years of the plan's termination are not fully guaranteed.

For more information, please visit our website, PBGC.gov.


**PBGC** PENSION BENEFIT GUARANTY CORPORATION
JULY 31, 2022
Protecting America's Pensions

Client Name:
Advertiser:
Section/Page/Zone:  **MAIN/1005/ELM**
Description:

Ad Number:
Insertion Number:
Size:
Color Type:

# ELM LEAVES
**Publication Date:  07/28/2022**
This electronic tearsheet confirms the ad appeared in Elm Leaves on the date and page indicated. You may not create derivative works, or in any way exploit or repurpose any content.

## NEWS

# Drag events meant for kids targeted by far right

### Activities a Chicago staple for years

**By Madeline Buckley**
Chicago Tribune

In a blue dress and wig, drag queen Muffy Fishbasket — Miss Muffy when performing for kids — opened the children's book "My Lucky Day," as a child yelled, "I read it!"

"No way, don't tell anyone the ending," Miss Muffy replied. "It's a secret."

Miss Muffy narrated the story at Andersonville's Midsommarfest in June, eliciting laughs and giggles from the crowd of children and adults, according to a video on social media.

Kid-friendly drag performances and story hours have been held in Chicago and some suburbs for years, particularly during Pride Week in June. The events, replete with colorful costumes and makeup, offer children a chance to see free expression and broken-down gender norms, according to those who host them.

After a torrent of harassment was unleashed last week upon a suburban bakery that had planned to hold a family friendly "Starry Night Brunch Drag" show, community members came out in droves to support the bakery, and the show sold out.

But the performance was ultimately canceled after the bakery was vandalized with broken windows and hateful messages spray painted on the building. Though kid-friendly drag performances are modified to be appropriate for children — more akin to Disney than anything risque — extremist groups have seized upon the events across the country as inappropriate and harmful to children.

"The severity of anti-LGBT rhetoric has increased substantially," said


Plywood covers a window and door on July 23 at UpRising Bakery and Cafe in Lake in the Hills after the bakery was vandalized. ROB DICKER/FOR THE CHICAGO TRIBUNE

Emerson Hodges, a research analyst at Southern Poverty Law Center. "I believe this is not the end of this kind of behavior."

In Lake in the Hills, a town of nearly 30,000 in McHenry County, UpRising Bakery and Cafe was beset with angry calls and online reviews leading up to a family-friendly drag show planned for July 23, according to Corinna Sac, the bakery's owner. Sac said people called workers pedophiles, spat on the bakery case and even left a bag of feces outside the store.

The bakery was broken into and vandalized the night before the show, causing it to be canceled, according to Sac and Lake in the Hills police. A GoFundMe fundraiser has raised more than $13,000 for the bakery as of Tuesday.

Police arrested Joseph I. Collins, 24, of Alsip. He was charged with a class 4 felony hate crime and criminal damage to property with bail set at $10,000, according to McHenry County court records.

Collins was scheduled to appear in court Tuesday, records show. He has been released on bond, according to jail records. The Tribune has left a message with his attorney.

At least one far-right organization acknowledged on

social media that it "blasted" the event online. Naperville-based Awake Illinois on July 13 posted on Twitter an advertisement for the event with children ticket prices circled, saying "They're coming for your kids, McHenry County."

When targeting drag events, Hodges said the groups generally use language such as pedophilia and grooming, bearing similarities to language used by QAnon conspiracy theorists. He also said there is an "unprecedented amount" of anti-LGBT legislation, such as Florida's "Don't Say Gay" law, likely fueling this as well. "I don't like the way this looks," he said. "It's only getting worse."

Other events across the country have been similarly targeted.

In Boston, police arrested the founder of a neo-Nazi group that was protesting outside of a drag queen story hour on Saturday, according to the Boston Globe.

Last month, a group of men interrupted a story hour and yelled slurs at a library in California, according to news reports.

"There is an element of danger now that you didn't feel in the beginning," said Jacob Green, who

*Turn to* **Targeted,** *Page 11*

---

### ATTENTION ALL PARTICIPANTS AND BENEFICIARIES OF: CHAMBERDOOR INDUSTRIES, INC. SALARIED RETIREMENT PLAN

The Pension Benefit Guaranty Corporation (PBGC), the federal government's insurance program for pension benefits, is taking steps to assume responsibility for your pension plan. This means PBGC will become your plan's trustee. PBGC will pay you the benefits you earned, up to limits set by law.

PBGC is taking this action because your plan meets the criteria for termination under federal pension law. In general, this means that the plan doesn't have enough money to pay all the promised benefits and your employer is financially unable to keep up the plan. The plan will terminate as of July 31, 2022. As of that date, you will not earn any further benefits from the plan.

When PBGC becomes trustee of your plan, we will notify you by letter. If you are retired, we will continue to pay your benefit without interruption. If you are not yet retired, we will pay your guaranteed benefit when you become eligible. Until PBGC becomes trustee, **ChamberDoor Industries, Inc.** remains responsible for paying plan benefits.

PBGC currently pays benefits to more than 900,000 individuals in nearly 5,000 pension plans it has assumed. PBGC pays guaranteed benefits up to the maximum amount allowed by law. The maximum annual guarantee in your plan is $74,454.60 for a 65-year-old. Maximum guarantees are lower for those who retire at younger ages or elect survivor benefits. Benefit increases made within five years of the plan's termination are not fully guaranteed.

For more information, please visit our website, **PBGC.gov**.



**PBGC**
Protecting America's Pensions

**PENSION BENEFIT GUARANTY CORPORATION**
July 28, 2022



"Early detection gave us more time to find information and support together."

**If you're noticing changes, it could be Alzheimer's. Talk about visiting a doctor together.**

**ALZ.org/TimeToTalk**



ad COUNCIL

alzheimer's association®

---

**ATTENTION ALL PARTICIPANTS AND BENEFICIARIES OF:**
**CHAMBERDOOR INDUSTRIES, INC.**
**SALARIED RETIREMENT PLAN**

The Pension Benefit Guaranty Corporation (PBGC), the federal government's insurance program for pension benefits, is taking steps to assume responsibility for your pension plan. This means PBGC will become your plan's trustee. PBGC will pay you the benefits you earned, up to limits set by law.

PBGC is taking this action because your plan meets the criteria for termination under federal pension law. In general, this means that the plan doesn't have enough money to pay all the promised benefits and your employer is financially unable to keep up the plan. The plan will terminate as of July 31, 2022. As of that date, you will not earn any further benefits from the plan.

When PBGC becomes trustee of your plan, we will notify you by letter. If you are retired, we will continue to pay your benefit without interruption. If you are not yet retired, we will pay your guaranteed benefit when you become eligible. Until PBGC becomes trustee, **ChamberDoor Industries, Inc.** remains responsible for paying plan benefits.

PBGC currently pays benefits to more than 900,000 individuals in nearly 5,000 pension plans it has assumed. PBGC pays guaranteed benefits up to the maximum amount allowed by law. The maximum annual guarantee in your plan is $74,454.60 for a 65-year-old. Maximum guarantees are lower for those who retire at younger ages or elect survivor benefits. Benefit increases made within five years of the plan's termination are not fully guaranteed.

For more information, please visit our website, **PBGC.gov**.



**PENSION BENEFIT GUARANTY CORPORATION**
**July 28, 2022**

# State & Local

## HUBERT

### Man kills man who dated daughter

A Virginia man drove more than 300 miles to confront a 27-year-old man who he said dated his daughter, then fatally shot him in a fight, according to authorities in eastern North Carolina.

The Onslow County Sheriff's Office said emergency responders found Jarred Musgrove suffering from two gunshot wounds at a Hubert mobile home park on July 5, news outlets reported. Musgrove was taken to a hospital, where he was pronounced dead.

Investigators learned that James McAlee, 46, drove from Alexandria, Virginia, to confront Musgrove about an alleged relationship with McAlee's adult daughter and they got into a physical altercation, the sheriff's office said. After the men were separated, McAlee got a gun from his truck and shot Musgrove, the sheriff's office said.

## MARION

### Electric boat maker eyes NC plant

A Florida-based company planning the production of electric-powered boats has decided to build a plant in western North Carolina, creating 170 jobs, officials announced on Thursday.

Forza X1 Inc., which is developing recreational boats that are powered by electric outboard motors and lithium battery packs, plans a $10.5 million investment in Marion, Gov. Roy Cooper said in a news release.

The average wage for the expected jobs will be $51,047, compared to the current average wage in McDowell County of $39,071, according to Cooper.

The announcement by Forza X1 — like parent company Twin Vee PowerCats Co. based in Fort Pierce, Florida — came after a state panel earlier Thursday approved an incentives package.

The state could distribute nearly $1.4 million in cash payments over 12 years.

## ELIZABETH CITY



CHRIS DAY/THE DAILY ADVANCE

The cost of regular unleaded gasoline is advertised below $4 at the Circle D Food Mart at Hughes Boulevard and Road Street, around noon Wednesday.

## GREENVILLE

### Driver charged with eighth DWI

A Greenville man was charged with his eighth driving while impaired charge after being stopped by Ayden police.

Court documents said that Randy Lee Artis, 58, of 504 Paladin Drive, was stopped for driving with a suspended, revoked or canceled tag on his 2013 Cadillac SUV at 7:52 a.m. July 22 on West Bartwick Street in Ayden.

A report by the arresting officer said Artis said he had a Bud light prior to driving and that he had glassy eyes and a moderate odor of alcohol on his breath.

Artis was unable to give a sufficient breath sample. A blood test was taken but unavailable at press time. He was arrested and charged with driving while impaired and driving while license revoked-impaired. He was cited for the tag violation.

*From Staff, Associated Press reports*

---

# NC Supreme Court to speed up redistricting arguments

**Arguments in case against maps will be heard in Oct.**

BY GARY D. ROBERTSON
The Associated Press

RALEIGH — In another remapping decision along partisan leanings, the North Carolina Supreme Court has agreed to speed up arguments on further challenges to the boundaries for the state's legislative seats and congressional districts.

By a 4-3 ruling with registered Democrats in the majority, the justices granted a request by Common Cause to accelerate the redistricting proceedings before them. The group is fighting the state House and Senate maps approved by the General Assembly in February.

Oral arguments will be held in early or mid-October, Associate Justice Robin Hudson wrote on Thursday.

Hudson wrote specifically that the order didn't address a recent request by Republican legislators to end its appeal of the congressional district boundaries, which a state trial court drew and adopted for use this year only.

But she said expediting all redistricting appeals was based on "the great public interest in the subject matter of this case, the importance of the issues to the constitutional jurisprudence of this state, and the need to reach a final resolution on the merits at the earliest possible opportunity."

It's too late for any decision after those oral arguments to alter the district lines for this year's elections, which are already happening under the challenged maps. Any ruling could clarify further how partisan bias is avoided in mapmaking and force the legislature to redraw new General Assembly maps that would be used for the remainder of this decade. A new congressional map for the 2024 elections already will be needed.

Associate Justice Tamara Barringer, opposing Thursday's order for the court's three Republican justices, wrote that it made no sense to speed up the process. Any required map redraws for the 2024 elections wouldn't need to be in place until candidate filing begins in December 2023, she said.

"Common Cause fails to explain how an expedited decision from this court will make any meaningful difference on the legislature's ability to comply with a deadline that is more than sixteen months away," Barringer wrote.

With Hudson retiring from the court at the end of the year, and Democratic Associate Justice Sam Ervin IV up for reelection, it's possible a GOP majority would have heard the case if arguments had waited until early 2023.

The contested lines replaced other sets of boundaries that the GOP-controlled House and Senate drew last fall based on 2020 census population changes. The Supreme Court, in an identical 4-3 ruling, struck down those first batch of maps. The court called the lines illegal partisan gerrymanders that failed to treat voters who back Democrats fairly and told legislators to try again.

A panel of three trial judges endorsed the replacement maps for the 170 legislative districts drawn by lawmakers, but retooled the second congressional map. The state Supreme Court refused to delay their use with this year's elections.

The appeals didn't end, as Common Cause and the other plaintiffs in redistricting lawsuits said the Senate map, or the boundaries for both chambers, still harm Black voters and fail to fully give Democrats the chance at governing majorities. GOP legislative leaders appealed the interim congressional plan.

House Speaker Tim Moore, Senate leader Phil Berger and other GOP lawmakers asked July 13 to withdraw their congressional map appeal. Phil Strach, a lawyer for the Republicans, wrote there's no need to spend time and taxpayer dollars on boundaries that will be used in 2022 only.

But Narendra Ghosh, a lawyer representing some voters who are backed by a national Democratic redistricting group, argue the Republicans' dismissal request is "pure gamesmanship" designed to strengthen their position in upcoming U.S. Supreme Court arguments over the power of state courts to scrutinize congressional maps.

---

# Dems bareknuckle Green Party off NC's Nov. 8 ballot

**Dems asked petition signers to remove their names**

BY HANNAH SCHOENBAUM
the Associated Press/
Report for America

RALEIGH — A day after Connor Harney received anonymous text messages asking him to retract his signature from a petition to qualify Green Party candidates for the November ballot in North Carolina, he said unidentified canvassers brought their "attempts to interfere with democracy" to his doorstep.

A woman claiming to represent the state Board of Elections appeared at his home in Fuquay-Varina in late June, a checklist of street addresses in hand, and repeated the request, he said.

When Harney — a 31-year-old historian at the University of North Carolina at Greensboro — refused and questioned the woman's affiliation, she left with a warning: If Green Party candidates gain ballot access, they could take away votes from Democrats and hand the GOP victories in tight races, namely the Senate race between Democrat Cheri Beasley and Trump-backed Republican Rep. Ted Budd.

"I told her, 'What you're



HARNEY

doing now makes Democrats look very desperate,'" said Harney, a registered independent. "But, more importantly, it goes against the democratic process because you're actively trying to ensure another party doesn't make it onto the ballot."

A dispute over the Green Party's stalled effort to field a Senate candidate has exposed the Democratic Party's bareknuckle efforts to prevent the progressive group from siphoning away crucial votes come November.

The state Board of Elections' Democratic majority rejected the Green Party petition in a 3-2 vote on June 30, citing petition sheets with nearly identical handwriting, incomplete personal information, duplicate names and deceased signatures.

The Green Party then sued as the board investigates the validity of its signatures, alleging Democratic interference in the petitioning process and asking the court to reverse the board's decision.

Harney is one of more than a dozen signers mentioned in the lawsuit who reported receiving intimidating messages, calls or home visits.

These signers said some canvassers declined to identify themselves to federal claimed to represent the Green Party or the elections board. Others said they were sent by the Democratic Senatorial Campaign Committee – the driving force working to elect Beasley and other Democratic Senate candidates nationwide.

With the Senate in a 50-50 deadlock, North Carolina is one of the few states where Democrats have strong potential to pick up a seat, said Western Carolina University political science professor Chris Cooper. Despite the stakes, he found the Democrats' tactics "jaw dropping."

"This is not politics as usual," Cooper said. "We expect political parties to want to win – that's not the problem. It crosses the line when they appear to be resorting to intimidation and, in a few cases, lies."

The Democrats acknowledge asking signers to remove their names, but claim they were merely trying to make sure potential supporters weren't being tricked.

"We reached out to voters to ensure they had not been deceived," DSCC spokesperson Amanda Sherman said.

Though Democrats had little success dissuading progressive voters from backing the Green Party ballot bid, their lawyers, including Elias Law Group, general counsel for the DSCC, lobbied the board to scrutinize irregularities among the signatures.

With its petition rejected, the Green Party missed the July 1 deadline to nominate its candidates for the November ballot. Now the party's choice for Senate, Matthew Hoh, could appear only by court order or legislative action from the General Assembly, which concluded its work session on July 1, elections board spokesperson Patrick Gannon said.

The board will present the findings of its fraud investigation on Monday, one week before the Green Party lawsuit gets its first hearing on Aug. 8.



Gutter Covers by abc SEAMLESS

"The Buck's Got You Covered!"

Save 15% on Gutter Covers

* may not be combined with any other discount or offer

Forget About Gutter Cleaning Forever!

Call Today! 338-3445

www.abcseamlessnc.com

---

# Edenton ups utility deposit rates

**Minimum deposit for water-sewer $75, $250 for electricity**

BY TYLER NEWMAN
Staff Writer

EDENTON — New Edenton utility customers or those relocating to another address will have to pay a higher deposit following a recent 5-1 vote by Town Council.

The required deposit for water and sewer utilities will now range from a minimum of $75 to a maximum of $100. The previous minimum was $25.

The required deposit for electric service will now range from a minimum of $250 to a maximum of $500. The previous minimum was $150 and the previous maximum was $350.

"We found that utility deposits for some services are below what the typical monthly bill is for water and electric" service, said Town Manager Corey Gooden. "We are requesting adjustments to those."

Gooden said the increases were needed to recoup the town's losses from unpaid utility bills.

The town will also keep a confidential credit history on file for each customer, with a credit rating determined by a credit risk assessment made at the time they apply for utilities.

Residents with credit deemed "unacceptable" will be required to pay a deposit equal to two times the minimum deposit, not to exceed $500. All deposits paid will be held until the customer's service is disconnected.

---

## ATTENTION ALL PARTICIPANTS AND BENEFICIARIES OF: ChamberDoor Industries, Inc. Salaried Retirement Plan

The Pension Benefit Guaranty Corporation (PBGC), the federal government's insurance program for pension benefits, is taking steps to assume responsibility for your pension plan. This means PBGC will become your plan's trustee. PBGC will pay you the benefits you earned, up to limits set by law.

PBGC is taking this action because your plan meets the criteria for termination under federal pension law. In general, this means that the plan doesn't have enough money to pay all the promised benefits and your employer is financially unable to keep up the plan. The plan will terminate as of July 31, 2022. As of that date, you will not earn any further benefits from the plan.

When PBGC becomes trustee of your plan, we will notify you by letter. If you are retired, we will continue to pay your benefit without interruption. If you are not yet retired, we will pay your guaranteed benefit when you become eligible. Until PBGC becomes trustee, **ChamberDoor Industries, Inc.** remains responsible for paying plan benefits.

PBGC currently pays benefits to more than 900,000 individuals in nearly 5,000 pension plans it has assumed. PBGC pays guaranteed benefits up to the maximum amount allowed by law. The maximum annual guarantee in your plan is $74,454.60 for a 65-year-old. Maximum guarantees are lower for those who retire at younger ages or elect survivor benefits. Benefit increases made within five years of the plan's termination are not fully guaranteed.

For more information, please visit our website, **PBGC.gov**.



**PENSION BENEFIT GUARANTY CORPORATION**
Protecting America's Pensions

July 30, 2022

# Kentucky governor: Flooding kills 25

## Beshear says number likely to rise significantly

**Dylan Lovan and Bruce Schreiner**
ASSOCIATED PRESS

HINDMAN, Ky. – At least 25 people died — including four children — when torrential rains swamped towns across Appalachia, Kentucky's governor said Saturday.

Gov. Andy Beshear said Saturday that the number of victims would likely rise significantly as a result of record flash flooding over the past several days.

"This is an ongoing natural disaster," Beshear told Fox News.

"We are still in search and rescue mode. Thankfully, the rain has stopped. But it's going to rain more starting Sunday afternoon."

Rescue crews continue the struggle to get into hard-hit areas, some of them among the poorest places in America. Crews have made more than 1,200 rescues from helicopters and boats, the governor said.

Beshear, who flew over parts of the flood-stricken region on Friday, described it as "just total devastation, the likes of which we have never seen."

"We are committed to a full rebuilding effort to get these folks back on their feet," Beshear said. "But for now, we're just praying that we don't lose anybody else."

The rain let up early Friday after parts of eastern Kentucky received between 8 and 10 ½ inches) over 48 hours. But some waterways were not expected to crest until Saturday.

Patricia Colombo, 63, of Hazard, Kentucky, became stranded when her car stalled in floodwaters on a state highway. Colombo began to panic when water started rushing in.

Though her phone was dead, she saw a helicopter overhead and waved it down. The helicopter crew radioed a ground team that plucked her to safety.

Colombo stayed the night at her fiance's home in Jackson and they took turns sleeping, repeatedly checking the water with flashlights to see if it was rising. Though her car was a loss, Colombo said others had it worse in a region where poverty is endemic.

"Many of these people cannot recover out here. They have homes that are half underwater, they've lost everything," she said.

It's the latest in a string of catastrophic deluges that have pounded parts of the U.S. this summer, including St. Louis earlier last week and again on Friday. Scientists warn climate change is making weather disasters more common.

As rainfall hammered Appalachia this week, water tumbled down hillsides and into valleys and hollows where it swelled creeks and streams coursing through small towns. The torrent engulfed homes and businesses and trashed vehicles. Mudslides marooned some people on steep slopes.

President Joe Biden declared a federal disaster to direct relief money to more than a dozen Kentucky counties.

The flooding extended into western Virginia and southern West Virginia.

Gov. Jim Justice declared a state of emergency for six counties in West Virginia where the flooding downed trees, power outages and blocked roads. Virginia Gov. Glenn Youngkin also made an emergency declaration, enabling officials to mobilize resources across the flooded southwest of the state.

About 18,000 utility customers in Kentucky remained without power early Saturday, poweroutage.us reported.

Extreme rain events have become more common as climate change bakes the planet and alters weather patterns, according to scientists.

That's a growing challenge for officials during disasters, because models used to predict storm impacts are in part based on past events and can't keep up with increasingly devastating flash floods and heat waves like those that have recently hit the Pacific Northwest and southern Plains.

"It's a battle of extremes going on right now in the United States," said University of Oklahoma meteorologist Jason Furtado. "These are things we expect to happen because of climate change. ... A warmer atmosphere holds more water vapor and that means you can produce increased heavy rainfall."

The deluge came two days after record rains around St. Louis dropped more than 12 inches and killed at least two people.


A Perry County school bus lies destroyed after being caught up in the floodwaters of Lost Creek in Ned, Ky., Friday. TIMOTHY D. EASLEY/AP

**Attention All Participants and Beneficiaries of:**
**ChamberDoor Industries, Inc.**
**Salaried Retirement Plan**

The Pension Benefit Guaranty Corporation (PBGC), the federal government's insurance program for pension benefits, is taking steps to assume responsibility for your pension plan. This means PBGC will become your plan's trustee. PBGC will pay you the benefits you earned, up to limits set by law.

PBGC is taking this action because your plan meets the criteria for termination under federal pension law. In general, this means that the plan doesn't have enough money to pay all the promised benefits and your employer is financially unable to keep up the plan. The plan will terminate as of July 31, 2022. As of that date, you will not earn any further benefits from the plan.

When PBGC becomes trustee of your plan, we will notify you by letter. If you are retired, we will continue to pay your benefit without interruption. If you are not yet retired, we will pay your guaranteed benefit when you become eligible. Until PBGC becomes trustee, **ChamberDoor Industries, Inc.** remains responsible for paying plan benefits.

PBGC currently pays benefits to more than 900,000 individuals in nearly 5,000 pension plans it has assumed. PBGC pays guaranteed benefits up to the maximum amount allowed by law. The maximum annual guarantee in your plan is $74,454.60 for a 65-year-old. Maximum guarantees are lower for those who retire at younger ages or elect survivor benefits. Benefit increases made within five years of the plan's termination are not fully guaranteed.

For more information, please visit our website, PBGC.gov.



**PBGC**
Protecting America's Pensions

**Pension Benefit Guaranty Corporation**
**July 31, 2022**

        

# HOBBY LOBBY

FIND A LOCATION NEAR YOU OR SHOP ONLINE AT HOBBYLOBBY.COM
STORE HOURS: 9 A.M. - 8 P.M. • CLOSED SUNDAY
PRICES GOOD IN STORES MONDAY, AUGUST 1 – SATURDAY, AUGUST 6, 2022.
PRICES GOOD ONLINE MONDAY, JULY 31 – SATURDAY, AUGUST 6, 2022.
SOME ADVERTISED ITEMS NOT AVAILABLE ONLINE. SALES SUBJECT TO SUPPLY IN STOCK. AD DOES NOT APPLY TO PRE-REDUCED ITEMS.

Lamps
Decorative Lanterns, Birdcages & Terrariums
Glass Decor
Glass Department and craft glass containers
Does not include craft stained glass
Ceramic, Resin & Pottery Decor
Does not include "Your Price" items

## HOME DECOR 50% OFF
### FEATURING TABLE DECOR
Categories Listed
Does not include Seasonal Department or items labeled Wall Decor and Gifts
Wicker Department
Decorative storage, boxes, trays, metal & cloth
Wooden Table Decor & Plaques

Decorative Table Clocks, Spheres & Globes
Metal Table Decor
Enamel & galvanized decor
Includes Crafts Department
Floral Containers & Vases
Ceramic, glass, pottery, resin, wood & metal
Does not include "Your Price" items

Classroom Decor & Fall items are not included in Home Decor sale.
REWARD POINTS ARE DELAYED AND INCONVENIENT DISCOUNTS. WE HAVE THOUSANDS OF PRESENT-TIME DISCOUNTS EVERY WEEK.

### FALL FLORAL 40% OFF
Arrangements, bushes, wreaths, garlands, swags, stems, picks and ribbon
Does not include custom designs

### CLASSROOM DECOR 40% OFF
From Making the Grade™
Includes fabric

### THE SPRING SHOP® & SUMMER TOYS 75% OFF
Items Labeled
Includes Little Wishes®

### FALL DECOR, PARTY AND CRAFTS 40% OFF
Includes fabric
Does not include candy or food

### WEDDING 50% OFF
Categories Listed
All Items Labeled Studio His & Hers®
Invitations, toasting glasses, ring pillows, bouquets and more
Ribbon & Trims by the Roll
Ribbon, bows, tulle & deco mesh in our Wedding, Floral and Fabric Departments

### Select Group of FURNITURE NOW MARKED 66% OFF
Selection will vary by store

### Select Group of HOME DECOR NOW MARKED 75% OFF
Selection will vary by store

### ALL YARN 30% OFF
Every skein, brand, color and size
Does not include thread and floss

### WEARABLE ART
Gildan® Youth and Adult Short-Sleeve T-Shirts
Always $2.99
Marked price* $4.27
Bandanas 99¢ & Marked
Tulip® Products 40% Off
Does not include "Your Price" items

T-Shirts 30% Off*
Always 30% off the marked price*
Includes Youth and Adult Short-Sleeve T-Shirts, Baseball & Long Sleeve T-Shirts, Sweatshirts, Infant & Toddler T-Shirts and Creepers
Does not include Cricut® branded apparel

Boas 3.99

### BEST-SELLING BOOKS
Bibles, Devotionals, Gift Books and Children's Books
ALWAYS 40% – 50% OFF THE MARKED PRICE*

### PARTY 50% OFF
Most Categories Listed
Includes Seasonal Department
All Paper Napkins & Plates
Solids & Prints
Candy Wafers 12 oz bag
Price As Marked 1.99
All Paper Craft & Gift Bags
Includes Solid & Prints
All Rolled Basket & Gift Wrap
12" Balloons 25 Count
Solid Color 1.59

### FRAMES 50% OFF
Categories Listed
Wall Frames
Poster, document and portrait frames
Photo Frames
Our entire selection of basic & fashion table frames and wooden photo storage
Shadow Boxes, Display Cases & Flag Cases
Collage Frames
Ready-Made Open Frames

### CRAFTS 30% OFF
Categories Listed
Candle Wax, Candle Gel, Soap Blocks & Bases
Leather and Leather Kits
Priced $4.99 & Up
Mosaic Tiles, Gems, Chips & Stones
Clay
Modeling, oven-bake & air-dry

### PAPER CRAFTS 40% OFF
Categories Listed
Planners & Planner Stickers
The Happy Planner® and Agenda 52®
Sizzix®, Momenta® & Spellbinders® Die Cutting Products
Does not include machines
Tim Holtz® Products
All Punches & Punch Sets
Rubber Stamps and Ink Pads
Includes Clear, Cling and Sets

### Cricut Maker® $249
Cricut® Maker®
Silhouette Cameo® 4 $269

### ART SALE
All Master's Touch® & Fine Touch®
50% OFF
Single & Packaged Brushes, Artist Pads & Sketch Books, Art Canvas & Panels, Tube & Jar Paints
Mediums and Art Tables & Easels
Does not include "Your Price" items

Master's Touch® Art Sets
Acrylic, Oil, Watercolor, Pencil & Pastel
50% OFF
Pens, Markers & Pencils
by Master's Touch® & Fine Touch®
Super Value Pack Canvas
12.98 pkg of 10

### JEWELRY MAKING 50% OFF
Categories Listed
Fairy Tale™
by Bead Treasures™
Pendants, charms and beads for a grown-up happily ever after
the Jewelry Shoppe™
Findings, hair accessories, nickel free and sterling silver
Bead Design Co.™
Bulk beads & gems in a variety of materials
Traditions™
Natural pendants and beads
Hello, Happy™
Jewelry, bags, components and more. Accessories with a positive message.

### FABRIC
Categories Listed
Scissors & Rotary Cutters
Fiskars® and Singer®
Sewology™ Sewing Notions
Home Decor Pillow Covers
50% OFF
Ribbon, Trim & Tulle Spools
Over 5 decorative tulle sold by the yard or Seasonal Department
Home Decor & Apparel Trim By the Yard
50% OFF

### CUSTOM FRAMES 50% OFF
Always 50% off the marked price*
Applies to frame only. See store for details.
Compare our prices to our competitors' prices.

### FREE QUOTES
See our Great Selection.
Satisfaction Guaranteed.

### FURNITURE
ALWAYS 30% OFF
THE MARKED PRICE*

*Discounts provided every day; marked prices reflect general U.S. market value for similar products. No coupons or other discounts may be applied to "Your Price" items.*