UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
ST. LOUIS DIVISION

| | |
|---|---|
| PENSION BENEFIT GUARANTY CORPORATION,  )<br>)<br>*Plaintiff*,  )<br>)<br>v.  )<br>)<br>CHAMBERDOOR INDUSTRIES, INC.  )<br>As Plan Administrator of the ChamberDoor )<br>Industries, Inc. Salaried Retirement Plan  )<br>)<br>*Defendant*.  ) | Civil Action<br>No. 4:22-cv-01074-JAR |

## JUDGMENT

Upon review and consideration of Plaintiff Pension Benefit Guaranty Corporation's ("PBGC") Motion for Entry of Default Judgment against Defendant ChamberDoor Industries, Inc. ("ChamberDoor"), the Memorandum of Law in support thereof, and all other pleadings and papers filed in this action, and good cause appearing therefore,

**IT IS HEREBY ORDERED AND ADJUDGED THAT**:

1. PBGC's Motion for Default Judgment is GRANTED and default judgment is hereby entered against ChamberDoor in this action pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure;

2. The ChamberDoor Industries, Inc. Salaried Retirement Plan ("Pension Plan or Plan") is terminated under 29 U.S.C. § 1342(c);

3. The Plan termination date is July 31, 2022, under 29 U.S.C. § 1348;

4. PBGC is appointed trustee of the Plan under 29 U.S.C. § 1342(c); and

5. ChamberDoor, and all other persons or entities having possession, custody, or control of any records, assets, or other property of the Pension Plan shall transfer, convey, and deliver all such records, assets, and property to PBGC as statutory trustee upon request, pursuant to 29 U.S.C. § 1342(d)(1).

**SO ORDERED.**

Dated this 13th day of January, 2023

_____
**JOHN A. ROSS**
**UNITED STATES DISTRICT JUDGE**